Opinion issued August 26, 2010

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00468-CV

———————————

IN RE GERALD ALLEN PERRY, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus  



 



 

MEMORANDUM OPINION[1]

By petition for writ of mandamus, relator, Gerald Allen
Perry, seeks mandamus relief compelling the trial court to order the district
clerk to issue citation for service in the underlying lawsuit.

          We dismiss the petition for
writ of mandamus.[2]

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Bland and Sharp.











[1]
          The underlying case is Gerald Allen Perry v. Debbie Mantooth
Strickland and John B. Holmes, Cause Number 2009-62814, pending in the
151st Judicial District Court of Harris County, Texas, the Honorable Mike
Engelhart, presiding.  





[2]           Citations have already been issued for
both defendants in the underlying suit.